No. 77–829. PATTERSON ET AL. v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 77–830. O'CONNOR v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 77–831. LO-VACA GATHERING Co. v. RAILROAD COMMISSION OF TEXAS. Temp. Emerg. Ct. App. Certiorari denied.

No. 77–833. GOLDMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 77–834. FUNGER ET AL. v. MONTGOMERY COUNTY, MARYLAND, ET AL. Ct. App. Md. Certiorari denied.

No. 77–844. MONONGAHELA POWER Co. v. PUBLIC SERVICE COMMISSION OF WEST VIRGINIA; and

No. 77–845. POTOMAC EDISON Co. v. PUBLIC SERVICE COMMISSION OF WEST VIRGINIA. Sup. Ct. App. W. Va. Certiorari denied.

No. 77–847. SUPERIOR OIL Co. v. STERLING ET AL. Sup. Ct. Kan. Certiorari denied.

No. 77–848. NORTHERN NATURAL GAS PRODUCING Co. ET AL. v. NIX ET AL. Sup. Ct. Kan. Certiorari denied.

No. 77–850. KEYES ET AL. v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 77–853. WALTON ET UX. v. PAPAGIANOPOULOS ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 77–854. PROVIDENCE HOSPITAL v. MANHATTAN CONSTRUCTION COMPANY OF TEXAS ET AL. C. A. 5th Cir. Certiorari denied.